IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DAVID LACY                                                                                              PLAINTIFF

     v.     Civil No. 2:17-CV-02041-PKH-MEF

OFFICER INGALMAN and NEVADA                                                          DEFENDANT
COUNTY, ARKANSAS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 8th day of May, 2017.

*/s/ P. K. Holmes, III*
HON. P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE